## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

JHON REYES, individually and on behalf of
others similarly situated,

       **CASE NO.: 1:23-cv-00164-AMD-RML**

    Plaintiff,

v.

HYLAN CUCINA, INC. d/b/a ROYAL CROWN
BAKERY, a New York Corporation, and FRANK
GALANO, an individual,

    Defendant.

-----------------------------------------------------------x

## NOTICE OF FILING PROPOSED FORM OF JUDGMENT

    Plaintiff, JHON REYES, by and through undersigned counsel, hereby files this Notice of Filing Proposed Form of Judgment.

    DATED this **22nd** day of **August,** 2023.

                        Respectfully Submitted,

                        LAW OFFICES OF NOLAN KLEIN, P.A.
                        *Attorneys for Plaintiff*
                        5550 Glades Road, Suite 500
                        Boca Raton, FL 33431
                        PH: (954) 745-0588

                        By: */s/ Nolan Klein*
                        **NOLAN KLEIN, ESQ.**
                        (NK4223)
                        klein@nklegal.com
                        amy@nklegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this **22nd** day of **August,** 2023.

By: _/s/ Nolan Klein_
NOLAN KLEIN, ESQ.

## SERVICE LIST:

**ALFRED POLIZZOTTO, III, ESQ.**
POLIZZOTTO & POLIZZOTTO, LLC
Attorneys for Defendants
Office & PO Address
6911 18th Ave.
Brooklyn, NY 11204
(718) 232-1250