**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
JHON REYES, individually and on behalf of
  others similarly situated,                               **CASE NO.: 1:23-cv-00164-AMD-RML**

       Plaintiff,

v.

HYLAN CUCINA, INC. d/b/a ROYAL CROWN
BAKERY, a New York Corporation, and FRANK
GALANO, an individual,

       Defendant.
---------------------------------------------------------------x

**NOTICE OF FILING PROPOSED FORM OF JUDGMENT**

       Plaintiff, JHON REYES, by and through undersigned counsel, hereby files this Notice of Filing Proposed Form of Judgment.

       DATED this **22nd** day of **August,** 2023.

                                              Respectfully Submitted,

                                              LAW OFFICES OF NOLAN KLEIN, P.A.
                                              *Attorneys for Plaintiff*
                                              5550 Glades Road, Suite 500
                                              Boca Raton, FL 33431
                                              PH: (954) 745-0588

                                              By: */s/ Nolan Klein*
                                              **NOLAN KLEIN, ESQ.**
                                              (NK4223)
                                              klein@nklegal.com
                                              amy@nklegal.com

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this **22nd** day of **August,** 2023.

By: _/s/ Nolan Klein_
NOLAN KLEIN, ESQ.

## SERVICE LIST:

**ALFRED POLIZZOTTO, III, ESQ.**
POLIZZOTTO & POLIZZOTTO, LLC
Attorneys for Defendants
Office & PO Address
6911 18th Ave.
Brooklyn, NY 11204
(718) 232-1250