UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JHON REYES, *individually and on behalf of others similarly situated*

　　　　　　　*Plaintiff*,

vs.

HYLAN CUCINA, INC. d/b/a ROYAL CROWN BAKERY *a New York Corporation*, and FRANK GALANO *an individual*,

　　　　　　　*Defendants*.

CASE NO: 1:23-cv-00164

## JUDGMENT

**WHEREAS,** pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants, **HYLAN CUCINA, INC. d/b/a ROYAL CROWN BAKERY** and **FRANK GALANO** (collectively, "Defendants"), offered to allow Plaintiff, **JHON REYES** ("Plaintiff") to take a judgment against them in this case; and

**WHEREAS,** Plaintiff accepted Defendants' offer;

NOW THEREFORE, it is **ORDERED AND ADJUDGED,** that judgment is entered in favor of Plaintiff and against Defendants in the amount of EIGHT THOUSAND TWO HUNDRED DOLLARS and ZERO CENTS ($8,200.00), and the clerk is directed to close the case.

12

Dated: August 30, 2023

s/Ann M. Donnelly
───────────────────────
US DISTRICT COURT JUDGE

13